UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND, | No. 2:22-cv-1278 AC P |
| Plaintiff, | |
| v. | ORDER |
| PATRICK PARRISH, et al., | |
| Defendants. | |

A review of the docket indicates that plaintiff was released on parole from the California Department of Corrections and Rehabilitation. See ECF No. 19. It appears that plaintiff has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change. To date, plaintiff has failed to notify the court of a current address.

Accordingly, IT IS HEREBY ORDERED that:

1. Within twenty-one days after the filing date of this order, plaintiff shall file a change of address with this court. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

2. A copy of this order shall be served on plaintiff at his last known address of 44601 Benald Street, Lancaster, CA 93535.

1

3. The settlement conference scheduled for December 11, 2024 is hereby vacated and will be reset by subsequent order as necessary.

4. The stay of this case entered on July 1, 2024 for purposes of alternative dispute resolution remains in effect.

DATED: December 3, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE