IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH TOWNSEND,**<br><br>Plaintiff,<br><br>v.<br><br>**P. PARRISH, et al.,**<br><br>Defendants. | Case No. 2:22-cv-1278-AC<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF** |

Defendants move for an order relieving them and the California Department of Corrections and Rehabilitation (CDCR) from facilitating Plaintiff's appearance at the December 11, 2024 settlement conference.  Having read and considered the motion for administrative relief and the accompany declaration, and for good cause appearing, the motion is **GRANTED**.  Defendants and CDCR are relieved from facilitating Plaintiff's appearance at the December 11, 2024 settlement conference.

DATED: December 3, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1