UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. PARRISH, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1278 AC P<br><br><br>ORDER |

  Plaintiff is a state prisoner proceeding without an attorney.  On July 1, 2024, the court issued an order referring this case to post-screening early ADR.  ECF No. 17.  A settlement conference was set for December 11, 2024, at 10:00 a.m. via Zoom before Magistrate Judge Sean C. Riordan.  ECF No. 18.  On December 3, 2024, defendants filed a motion for administrative relief from the requirement to facilitate plaintiff's appearance at the settlement conference because plaintiff was discharged from CDCR custody on November 21, 2024.  ECF No. 19.  On December 4, 2024, the court issued orders granting defendants' motion and ordering plaintiff to file a change of address with the court within twenty-one days.  ECF Nos. 20, 21.  The court vacated the December 11, 2024, settlement conference and indicated it would reset it by a subsequent order.  ECF No. 20.  The ADR stay remained in place.  Id.

  On December 23, 2024, plaintiff filed a change of address.  ECF No. 23.  On January 2, 2025, the court issued a minute order directing the parties to contact Magistrate Judge Riordan's

1

courtroom deputy Shelly Her, at sher@caed.uscourts.govt or 916-930-4128 to reschedule the settlement conference. Id. The deadline to contact Magistrate Judge Riordan's courtroom deputy has passed, and plaintiff has not made contact.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within fourteen days, why his failure to comply with this court's order to contact Magistrate Judge Riordan's courtroom deputy should not result in a recommendation that this case be dismissed for failure to prosecute. Contacting Shelly Her within this timeframe to reschedule a settlement conference will serve as cause and will discharge this order. However, if plaintiff fails to respond, the court may order sanctions, which may include the recommendation that the lawsuit be dismissed for failure to prosecute and failure to comply with court orders.

DATED: January 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE