UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND, | No. 2:22-cv-1278 AC P |
| Plaintiff, | |
| v. | ORDER AND FINDINGS AND RECOMMENDATIONS |
| P. PARRISH, et al., | |
| Defendants. | |

    Plaintiff is a former state prisoner proceeding without an attorney. Pending before the court is plaintiff's motion seeking a court order preventing the California Department of Corrections and Rehabilitation ("CDCR") from transferring him to High Desert State Prison. ECF No. 15. No opposition was filed.

    "A plaintiff seeking a preliminary injunction must establish [(1)] that he is likely to succeed on the merits, [(2)] that he is likely to suffer irreparable harm in the absence of preliminary relief, [(3)] that the balance of equities tips in his favor, and [(4)] that an injunction is in the public interest." Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008) (citations omitted). The standard for issuing a temporary restraining order is essentially the same as that for issuing a preliminary injunction. Stuhlbarg Int'l Sales Co. v. John D. Brush & Co., 240 F.3d 832, 839 n.7 (9th Cir. 2001) (stating that the analysis for temporary restraining orders and preliminary injunctions is "substantially identical"). In this case, plaintiff is unable to establish irreparable

1 harm because he is no longer in CDCR custody and at risk of transfer to High Desert State Prison.
2 See ECF No. 19 at 3.  Plaintiff's relief from state custody has fundamentally mooted his request
3 for preliminary injunctive relief.
4     Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall randomly
5 assign a United States District Judge to this action, and IT IS HEREBY RECOMMENDED that
6 plaintiff's motion (ECF No. 15) be denied as moot.
7     These findings and recommendations are submitted to the United States District Judge
8 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty-one days
9 after being served with these findings and recommendations, either party may file written
10 objections with the court.  Such a document should be captioned "Objections to Magistrate
11 Judges Findings and Recommendations."  The parties are advised that failure to file objections
12 within the specified time may waive the right to appeal the District Court's order.  Martinez v.
13 Ylst, 951 F.2d 1153 (9th Cir. 1991).
14 DATED: January 22, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE