UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>    Plaintiff,<br><br>    v.<br><br>P. PARRISH, et al.,<br><br>    Defendants. | No. 2:22-cv-1278 DJC AC P<br><br>ORDER |

Plaintiff is a state prisoner proceeding without an attorney. On July 1, 2024, the court issued an order referring this case to post-screening early ADR. ECF No. 17. A settlement conference was set for December 11, 2024, at 10:00 a.m. via Zoom before Magistrate Judge Sean C. Riordan. ECF No. 18. On December 3, 2024, defendants filed a motion for administrative relief from the requirement to facilitate plaintiff's appearance at the settlement conference because plaintiff was discharged from CDCR custody on November 21, 2024. ECF No. 19. On December 4, 2024, the court issued orders granting defendants motion and ordering plaintiff to file a change of address with the court within twenty-one days. ECF Nos. 20, 21. The court vacated the December 11, 2024, settlement conference and indicated it would reset it by a subsequent order. ECF No. 20. The ADR stay remained in place. Id.

On December 23, 2024, plaintiff filed a change of address. ECF No. 23. On January 2, 2025, the court issued a minute order directing the parties to contact Magistrate Judge Riordan's

1

courtroom deputy Shelly Her, at sher@caed.uscourts.govt to reschedule the settlement conference. Id. The deadline to contact Magistrate Judge Riordan's courtroom deputy passed, and plaintiff did not made contact.

On January 23, 2025, the court issued an order to show cause, in writing, within fourteen days, why plaintiff's failure to comply with this court's order to contact Magistrate Judge Riordan's courtroom deputy should not result in a recommendation that this case be dismissed for failure to prosecute. ECF No. 25. The court provided email and phone contact information for Magistrate Judge Riordan's courtroom deputy, Shelly Her: sher@caed.uscourts.gov and 916-930-4128. The deadline to contact Magistrate Judge Riordan's courtroom deputy has once again passed.

Plaintiff will be given one final opportunity to show cause why this lawsuit should not be dismissed for failure to prosecute and comply with this court's orders. Plaintiff is warned that failure to respond to this order, coupled with prior failures, will be considered abandonment of this case and will result in a recommendation for dismissal.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause, in writing, within twenty-one days, why his failure to comply with this court's order to contact Magistrate Judge Riordan's courtroom deputy should not result in a recommendation that this case be dismissed for failure to prosecute. Contacting Shelly Her within this timeframe to reschedule a settlement conference will serve as cause and will discharge this order. However, if plaintiff fails to respond, the magistrate judge will recommend this lawsuit be dismissed for failure to prosecute and failure to comply with court orders.

DATED: February 11, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE