UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND, | No. 2:22-cv-1278 DJC AC P |
| Plaintiff, | |
| v. | ORDER |
| P. PARRISH, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without an attorney. After plaintiff failed comply with this court's order directing him to contact Magistrate Judge Riordan's courtroom deputy to reschedule a settlement conference in the case, ECF No. 24, the court issued two orders to show cause why this case should not be dismissed for failure to prosecute and comply with this court's orders. ECF Nos. 25, 27. On February 13, 2025, the court received a written response from plaintiff stating that he did comply with this court's order to update his address. ECF No. 29. The written response did not address plaintiff's failure to contact Magistrate Judge Riordan's courtroom deputy. Id. However, because plaintiff has contacted Magistrate Judge Riordan's courtroom deputy within the timeframe provided, and the parties are in the process of scheduling a new settlement conference date, the February 11, 2025, order to show cause is discharged.

DATED: February 19, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE