UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>P. PARRISH, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-1278 DJC AC P<br><br><br>ORDER |

　　　　Plaintiff, a former state prisoner proceeding without an attorney, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On January 23, 2025, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 26.  Plaintiff has not filed objections to those findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be

1

1 | supported by the record and by proper analysis.

2 |     Accordingly, IT IS HEREBY ORDERED that:

3 |     1.  The findings and recommendations (ECF No. 26) are adopted in full; and

4 |     2.  Plaintiff's motion (ECF No. 15) is denied as moot; and

5 |     3.  This matter is referred back to the assigned Magistrate Judge for all further

6 | pretrial proceedings.

    IT IS SO ORDERED.

Dated: **February 21, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

town1278.805