UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PARRISH, et al.,<br><br>　　　　Defendants. | No. 2:22-cv-1278 DJC AC P<br><br><br>ORDER |

　　On August 8, 2025, defendants filed a motion to (1) compel plaintiff's meaningful participation in his deposition, (2) compel responses to defendant's interrogatories and request for production, and (3) deem defendant's request for admissions admitted. ECF No. 42. Plaintiff has not opposed the motion. Good cause appearing, IT IS HEREBY ORDERED that within twenty-one days after the filing date of this order, plaintiff shall file and serve an opposition to the motion to compel or a statement of non-opposition. Failure to comply with this order will result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

DATED: October 30, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE