UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND,<br><br>   Plaintiff,<br><br>  v.<br><br>PARRISH, et al.,<br><br>   Defendants. | No. 2:22-cv-1278 DJC AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

  Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On August 8, 2025, defendants filed a motion to (1) compel plaintiff's meaningful participation in his deposition, (2) compel responses to defendant's interrogatories and request for production, and (3) deem defendant's request for admissions admitted. ECF No. 42. On October 30, 2025, plaintiff was ordered to file an opposition or a statement of non-opposition to the pending motion within twenty-one days. ECF No. 47. In the same order, plaintiff was informed that failure to file an opposition would result in a recommendation that this action be dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Id. The twenty-one-day period has now expired, and plaintiff has not filed a response to defendants' motions or otherwise responded to the court's order.

  In recommending this action be dismissed for failure to prosecute, the court has considered "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to

1  manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring
2  disposition of cases on their merits; and (5) the availability of less drastic alternatives." <u>Ferdik v.
3  Bonzelet</u>, 963 F.2d 1258, 1260-61 (9th Cir. 1992) (citation omitted).  Because this case cannot
4  move forward without plaintiff's participation, the court finds the factors weigh in favor of
5  dismissal.
6     For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be
7  dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).  If the action is
8  dismissed without prejudice, defendants' motion to compel (ECF No. 42) should be denied as
9  moot.
10    These findings and recommendations are submitted to the United States District Judge
11 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
12 after being served with these findings and recommendations, any party may file written
13 objections with the court and serve a copy on all parties.  Such a document should be captioned
14 "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the
15 objections shall be filed and served within fourteen days after service of the objections.  The
16 parties are advised that failure to file objections within the specified time may waive the right to
17 appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
18 DATED: December 8, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE