UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH TOWNSEND,<br>Plaintiff,<br>v.<br>PARRISH, et al.,<br>Defendants. | No. 2:22-cv-1278 DJC AC P<br><br>ORDER |

Plaintiff, a former state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 20, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 54. Neither party filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 54) are adopted in full;

2. The motion for terminating sanctions (ECF No. 51) is GRANTED and that this case is dismissed in its entirety, with prejudice, for plaintiff's repeated and willful failure to participate in discovery and comply with court orders. *See* Fed. R. Civ. P. 37(b)(2)(A); Fed. R. Civ. P. 41(b); L.R. 110. The Court of the Clerk is directed to close this case.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

town1278.801.jo